[Until this opinion appears in the Ohio Official Reports advance sheets, it may be cited as *Orange City Schools Bd. of Edn. v. Cuyahoga Cty. Bd. of Revision*, Slip Opinion No. 2020-Ohio-710.]

NOTICE

This slip opinion is subject to formal revision before it is published in an advance sheet of the Ohio Official Reports.  Readers are requested to promptly notify the Reporter of Decisions, Supreme Court of Ohio, 65 South Front Street, Columbus, Ohio 43215, of any typographical or other formal errors in the opinion, in order that corrections may be made before the opinion is published.

SLIP OPINION NO. 2020-OHIO-710

ORANGE CITY SCHOOLS BOARD OF EDUCATION, APPELLEE, *v.* CUYAHOGA COUNTY BOARD OF REVISION ET AL., APPELLEES; 30050 CHAGRIN BOULEVARD, L.L.C., APPELLANT.

[Until this opinion appears in the Ohio Official Reports advance sheets, it may be cited as *Orange City Schools Bd. of Edn. v. Cuyahoga Cty. Bd. of Revision*, Slip Opinion No. 2020-Ohio-710.]

*Court of appeals' judgment affirmed on the authority of* Columbus City Schools Bd. of Edn. v. Franklin Cty. Bd. of Revision.

(No. 2019-0425—Submitted February 26, 2020—Decided March 4, 2020.)

APPEAL from the Court of Appeals for Cuyahoga County, No. 107199, 2019-Ohio-634.

_____

{¶ 1} The judgment of the court of appeals is affirmed on the authority of *Columbus City Schools Bd. of Edn. v. Franklin Cty. Bd. of Revision*, __ Ohio St.3d __, 2020-Ohio-353, __ N.E.3d __.

O'CONNOR, C.J., and KENNEDY, FRENCH, DEWINE, DONNELLY, and STEWART, JJ., concur.

FISCHER, J., concurs in judgment only.

_____

Kadish, Hinkel & Weibel, Kevin M. Hinkel, and John P. Desimone, for appellee Orange City School District Board of Education.

Sleggs, Danzinger & Gill Co., L.P.A., Todd W. Sleggs, and Robert K. Danzinger, for appellant.

_____